# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CARROL LEE OWENS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:14CV259 |
| | ) | |
| vs. | ) | |
| | ) | |
| MR. ZEPHYR, | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2015 Order.

August 12, 2015

Frank G. Johns, Clerk
United States District Court